In the Matter of Proving the Last Will and Testament of ROSANNA HIGGINS, Deceased. MICHAEL DOOLEY, JR., Named as Executor in the Will of ROSANNA HIGGINS, Deceased, Appellant; MARGARET A. CLINTON and THOMAS J. FEENEY, Named as Executors, etc., in the Will of ROSANNA HIGGINS, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is to be settled on notice. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ. [See ante, p. 860.]

In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of FREDERICK LEDER, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of Proving the Last Will and Testament of HENRY REIMERS, Deceased. FRED ANTUSCH and JOHN BAHRENBURG, as Executors Named in the Prior Will of HENRY REIMERS, Deceased, Appellants; EDNA L. WEIGELT, Executrix, etc., of HENRY REIMERS, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ALFRED J. WENTZ, an Attorney and Counselor at Law.— Respondent held the $600 in trust. It was improper for him to attempt to offset his fee for services against the trust fund. As his attitude in this respect seems to be due to mistake, the charges are dismissed. It is respondent's duty to account at once for the $600. His claim for services may be asserted through appropriate channels. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

JAMES G. LoDOLCE, Respondent, v. MICHAEL FRANZ and IRVING HOLMAN, Appellants. JAMES G. LoDOLCE, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, Respondent, and IRVING HOLMAN and MICHAEL FRANZ, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE LONG BEACH TRUST COMPANY, Appellant, v. IRVING G. WARSHAW, Respondent.*— Motion to resettle order of June 23, 1933, referred to the court that rendered the decision. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ. Order of June 23, 1933, resettled by striking therefrom the words " and the facts." Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

EMANUEL MEHL, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.